IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RONNY H. CROOK, #A275129,

    Plaintiff,

v.                              CASE NO. 4:09cv400-SPM/WCS

WILLIE BROWN, et al.,

    Defendants.
_____/

## **ORDER**

THIS CAUSE comes before the Court for consideration of the magistrate judge's Report and Recommendation (doc. 8) dated December 28, 2009. Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's Report and Recommendation (doc. 8) is ADOPTED and incorporated by reference in this order.

2.    This case is dismissed without prejudice for failure to prosecute and

failure to comply with a court order.

DONE AND ORDERED this 25th day of February, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge